Carlos Landeros
641 Desert View
Palm Springs CA 92264

Related DDJ



FILED
CLERK, U.S. DISTRICT COURT

MAY 27 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

CASE NO.

**CARLOS A. LANDEROS**

Petitioner

**ED CV 25 -**

Vs

01285 - TJH (E)

**DONALD TRUMP U. S. A. PRESIDENT;**
**U. S. A. ATTORNEY GENERAL;**
**GEO Group INC. et al.**

**Respondents**

PETITION FOR RELIEF
PURSUANT TO THE FIRST
AMENDMENT RIGHT

---

**NOW COMES** Carlos A. Landeros, Petitioner, acting *pro se*, respectfully invoking his constitutional rights under the First Amendment to petition this Honorable Court for redress and protection against violations of his fundamental freedoms. Pursuant to constitutional principles and relevant administrative laws, the Petitioner moves this Court to conduct a thorough review of the facts set forth herein, infra, and issue appropriate relief to prevent further infringements upon his rights.

**Specifically, the Petitioner seeks:**

1)--**Injunctive Relief:** A court order preventing further violations of his constitutional rights and ensuring full compliance with legal standards, thereby safeguarding his liberties from ongoing harm.

2)--**Declaratory Relief:** A formal judicial declaration affirming the violations of the Petitioner's constitutional rights, establishing accountability, and reinforcing the legal protections afforded to him and all others.

3)--**Compensatory Damages:** Fair restitution for the harm suffered, providing just compensation for the injustices and injuries endured due to the alleged violations.

**A)--The compensation from the government restored his permanent residence, which he lost years ago after accepting a plea deal without being warned by his attorney that doing so would result in the forfeiture of his residency status.**

**B)--Additionally, GEO Group Inc., Burke, Williams & Sorensen, LLP—along with Attorney Susan E. Coleman—are expected to provide a substantial financial settlement, which will be presented through a separate negotiable instrument.**

## JURISDICTION AND VENUE

**1)--This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 (Federal Question Jurisdiction), as the claims arise under the United States Constitution, specifically the First Amendment, and any other applicable statutes. This Court is vested with authority to adjudicate violations of constitutional rights and ensure the protection of freedoms guaranteed under federal law.**

2)--Venue is proper in this District pursuant to 28 U.S.C. § 1391, as the events giving rise to these claims occurred within this judicial district. Additionally, the violations of the Petitioner's constitutional rights, including those protected under the First Amendment's right to petition for redress of grievances, were carried out or had a direct impact within this jurisdiction.

**THIS LEGAL INSTRUMENT FORM PART OF THE OFFICIAL PROCEEDINGS DEFINED UNDER TITLE 18 USC Sec. 1515 THEREFORE, TAMPERING WITH THE SAME IS OBSTRUCTION OF JUSTICE, AND FRAUD UPON THE COURT, LEGAL NOTICE IS HEREBY GIVEN.**

### *AFFIDAVIT*

*Fed. R. Civ. P. 56(c)(B)(4)*

*I, Plaintiff Carlos Landeros, a natural man, and in the capacity(ies) duly noticed herein, unrebutted by my seal(s) herein and herewith being of majority age, competent to testify, solvent of, and acting with sound main, unimpaired in the plenary capacity to contract, do state and aver with perspicacious consideration, that the facts, acts, and information asseverated and memorialized herein and herewith, is/are through correct, competent and with certainty, duly sworn under the pains and penalties of perjury, pursuant to the laws of the United States of America.*

*Plaintiff´s "Legal Notice" -- Haines v. Kerner-- 404 U.S. 519 (1972) -- in civil cases, pro se litigants, sometimes, have a "license not to comply" with procedural requirements  …  if this pro se right is disputed the Court shall request for confirmation before pro se Motion is objected.  …  Legal Notice is hereby given, to wit:*

## PETITION UNDER THE FIRST AMENDMENT

**In the spirit of the First Amendment, which guarantees every individual the right to seek recourse and justice through the courts, the Petitioner asserts that his plea is not merely procedural but a direct invocation of the Constitution's fundamental promise of equity and fairness.**

**The doctrine of habeas corpus stands as a pillar of justice, ensuring that constitutional breaches—whether involving unlawful detention or broader violations of fundamental rights— are swiftly addressed and remedied. However, the Court's unjust denial of habeas corpus has effectively stripped the Petitioner of his rightful access to due process, leaving no avenue for justice under the very legal framework meant to protect it.**

This **denial of access to the courts** constitutes a severe infringement upon the Petitioner's constitutional rights, restricting not only his ability to challenge unlawful infliction of mental distress, but also violating the very principles upon which judicial fairness is built. Given the **arbitrary limitation** placed upon habeas corpus relief, the Petitioner invokes the **First Amendment's right to petition** as the **remaining safeguard against governmental overreach.**

**The Petitioner respectfully moves this Honorable Court to recognize that the denial of habeas corpus constitutes a violation**

of fundamental constitutional rights and, accordingly, grant the appropriate relief under the First Amendment's guarantee of the right to petition.

**What difference does it make** if the Petitioner appealed his case, then pursued a Civil Action, only for the **District Court to corruptly deny it, allowing GEO Group Inc.'s attorney to commit fraud?** What justice exists when three Habeas Corpus petitions were **discarded without review, ignoring blatant violations as if justice itself were meaningless? Justice has never mattered to them—** they **plunder our countries, enslave our people, and expect us to believe in a system that has always served power over principle.**

Yet, our legal system has become a **monopoly**, prioritizing private profit over justice—**harming the vulnerable**, stripping them of legal representation, abducting them, and **forcibly transporting them to foreign lands** to be unjustly imprisoned, branded as terrorists under the **Alien Enemy Act of 1798**, **an empty façade.** *(See Ludecke v. Watkins, 335 U.S. 160 (1948).)*

They claim to imprison individuals abroad for being **a threat to society**, yet the same system **grants asylum to those it once labeled as terrorists**. This blatant contradiction exposes the **absolute corruption** embedded in the legal framework—a **machine designed not for justice, but for exploitation, deception, and control.** They

manufacture **fear and false narratives, weaponizing the law to silence, enslave, and discard those who challenge their authority.**

**Again: The system imprisons individuals in foreign lands under the guise of protecting society,** yet it grants asylum to those it once branded as terrorists. This blatant double standard is not an oversight, nor a mere contradiction—**it is undeniable proof of a legal framework meticulously engineered, not for justice, but for domination, deception, and oppression.** The law, instead of serving as a beacon of fairness, **has been weaponized—twisted into a tool that manufactures fear, distorts reality, and eradicates those who dare to challenge its authority.**

**Immigration detention centers stand as the most brutal manifestation of this perversion:**

**Cramped into suffocating spaces, men, women, and children sleep standing, their bodies exhausted, their spirits shattered. Hunger and thirst gnaw at their strength, while sick children waste away in dark corners, denied medical care—abandoned by a system that refuses to recognize their humanity.**

Meanwhile, **Hispanic American citizens are arrested and deported—not for any crime, not for any choice, but simply because their heritage is deemed undesirable by this government.**

**And beyond borders, the plundering continues. Corrupt governments, driven by insatiable greed, strip entire nations of their wealth, drain their resources until nothing remains, and subjugate their citizens into misery.** Those who have no alternatives are forced into a form of modern slavery, **exploited as cheap labor under oppressive conditions.** Deprived of options, they submit to this harsh reality, trapped in a cycle of servitude that benefits only those in power  …   **"Others escaped from slavery, unaware that it would become their worst nightmare."**

These people are not migrating by choice—**they are being forced into exile.** They are escaping slavery, fleeing lands pillaged by foreign hands, grasping at the illusion of freedom. **Yet when they finally arrive, believing they have outrun their oppressors, they awaken to the cruel truth: the very system they fled is the architect of their suffering.**

**The fact is that** justice is not their goal. **Profit and power dictate their every decision, ensuring that the vulnerable remain oppressed while the corrupt grow stronger.**

They plunder nations, enslave communities, and rewrite the law to serve their greed, all while pretending to uphold order and legitimacy.

But we will not submit. To stop fighting is to accept a future ruled by tyranny, where generations to come inherit nothing but chains. Resistance is survival. Defiance is freedom. And justice must be reclaimed—not requested.

## PETITIONER'S STATEMENT OF INJUSTICE

Justice—the great illusion. A doctrine preached from podiums, etched into marble, and wielded as a shield to justify oppression. It is a promise that never delivers, a facade crafted to pacify those who dare question its integrity.

The Petitioner's suffering spans twenty-five years of torment—not just the psychological destruction of being cast away, but the physical deprivation, the lack of basic human dignity. He arrived in the United States legally, raised under its laws, educated in its system, and contributed to its

economy. And yet, for a personal failing—one that the privileged evade without consequence—he was labeled, condemned, and erased from the only home he had ever known.

They **stripped him of his residency**, discarded him into a country foreign to him, severing his connection to the place he built his life. **Was this justice?** No. It was **retribution masquerading as righteousness**, a calculated tactic of exclusion **reserved for those who do not serve the interests of the ruling elite.** His parents fled their homeland, victims of the very empire that **robbed their resources, crushed their economy, and enslaved their people under the guise of diplomacy and trade.** And now, generations later, history repeats itself—a cycle of dispossession where nations are **pillaged**, communities **destroyed**, and families **shattered**, all to preserve **the illusion of order.**

They ran, believing they could escape the grip of colonial greed. **But history is patient. History is ruthless. It waits—not with swords, but with policies, with borders, with decrees designed to erase lives without ever leaving a scar.**

Generations later, the cycle continues, unchanged. **Dispossession disguised as law. Oppression veiled as order. Control masquerading as justice. Nations are fractured, communities dismembered, families scattered**

**like ashes in the wind—all for the sake of an illusion, a lie dressed in legality.**

The architects of this system do not march with armies—**not yet.** Twice, they have come for Mexico, and they will come again. But today, they do not need soldiers. **They invade through economic suffocation. They infiltrate with political deception.** They write laws, not with the intent to protect, **but to exclude, to exile, to strip people of their existence piece by piece, until they are nothing but ghosts—nameless, stateless, forgotten.**

And what of those caught in the crossfire? **They are not prisoners. They are not criminals. They are casualties.** Their existence is reduced to a bureaucratic inconvenience, **erased not by the edge of a sword, but by the cold indifference of men who will never know their names.**

**But make no mistake—this is no accident. This is no unfortunate consequence. This is a machine. A system built on profit, running on suffering, maintained by those who refuse to acknowledge its cruelty because doing so would demand action.**

**And the world remains silent. Watching. Allowing. Pretending not to see.**

**Because reflection is dangerous. Because guilt is unforgiving. Because no tyrant can afford the weight of a conscience.**

**But the deception runs deeper. This is not merely about deportation or punishment—it is about profit.**

The incarceration of immigrants is no accident. It is an **industry.** A system engineered to capitalize on misery. **A machine fueled by suffering, orchestrated by government agencies, sustained by private corporations, sanctioned by courts whose profits depend on cages remaining full.**

They detain men, women, children—**for months, for years**—in prisons that exist **to generate revenue,** not justice. **Under the government's consent, they are forced into labor, paid cents for their toil, stripped of dignity while their captors grow rich off their despair.**

And yet, the system speaks of fairness. **Equality. Due process. Hollow words,** empty assurances designed to **veil brutality beneath legality.**

They say the law protects freedom—**but whose freedom?**

They say justice is blind—**but why does it see so clearly when serving the rich and powerful?**

They brand the oppressed as criminals, terrorists, threats—**until the day they decide these same people are useful, when the narrative changes, when asylum is granted to those once demonized.**

**What is this, if not a spectacle of hypocrisy?** A calculated deception meant to justify oppression **while parading as righteousness.**

**They call it justice.** They claim it exists within the framework **of courts, laws, and constitutions**—but **justice, in its truest form, does not live within this system.** It is not given. It is not sought. **It is seized.**

**And when it is denied, it must be demanded—relentlessly, without compromise. Because the moment we surrender, we accept a world where tyranny is law, where freedom is a commodity to be bought and sold, where the oppressed remain shackled—not just in chains, but in silence.**

**But we will not be silenced. We will not be broken.**

**Justice must not remain an illusion—it must be reclaimed.**

**And the world watches. Silent. Compliant. Pretending not to see.**

## CORPORATE EXPLOITATION AND CRIMINAL ACTS

The Petitioner identifies private corporations, such as **GEO Group Inc., CoreCivic, MI Corp.,** among others, as central architects of a vast conspiracy that thrives on human suffering. These corporations amass **billions of dollars annually**, turning detention centers into **modern-day labor camps**, where immigrant workers are exploited under conditions that meet every legal criterion of **human trafficking, unlawful detention, forced labor, kidnapping, and slavery**.

Yet, these abuses persist under the careful protection of **government-funded legal institutions**. Organizations that claim to advocate for human rights—**often operating under federal grants and financial backing—lend legitimacy to a system designed to oppress rather than liberate**.

Behind closed doors, **high-powered attorneys**, sustained by **massive payouts from both the government and the very corporations they defend**, wield enormous influence over judicial outcomes. Their networks extend to **judges, clerks, and immigration courts**, reinforcing a cycle where justice is not administered, but rather **brokered, sold, and controlled by those with vested financial interests**.

**This is not law—it is business.**
**This is not justice—it is a transaction.**

**The courtroom is no longer a space for fairness—it is a marketplace, where freedom itself is traded.** And all the while, **the very institutions that claim to defend human dignity stand idle, shielding the machinery of exploitation with legal jargon and procedural theater.**

But these actions are not merely the result of corporate greed; they are enabled, protected, and legitimized by the complicit silence of government officials, legislators, and administrators of justice—those sworn to uphold the very justice they pervert for profit. These detention centers are not institutions of law—they are profit machines, where vulnerable individuals are processed, warehoused, and discarded for the financial benefit of corporations whose business model depends on perpetual suffering.

**This is not simply unethical—it is organized crime on a grand scale, operating under the guise of legality, but functionally indistinguishable from the worst forms of state-sanctioned oppression. The conspiracy to detain, exploit, and enslave immigrants for corporate profit**

stands as one of the most egregious violations of federal and international law, demanding immediate criminal investigation and full accountability.

Yet the most profound betrayal lies not just in the crime itself, but in the deliberate participation of those entrusted with enforcing justice. These corporations do not operate in secrecy; their abuses are public knowledge, their profits documented, their contracts signed by government hands. This is not justice—this is tyranny repackaged as policy, where human lives are sold to the highest bidder, and the legal system itself serves not to protect, but to enslave.

And so, the Petitioner-Carlos Landeros- stands not merely as a victim, but as a witness to a system that has forsaken its moral and legal obligations.

The unchecked power of these corporate entities, enabled by political corruption, judicial complicity, and public indifference, must be exposed, dismantled, and held accountable—for without justice, there is only submission to oppression.

## A MOCKERY OF JUSTICE

And the world watches. Silent. Compliant. Pretending not to see.

## SYSTEMIC OBSTRUCTION IN IMMIGRATION PROCEEDINGS: A DELIBERATE STRATEGY OF SUPPRESSION

The so-called judicial and administrative processes afforded to immigrants are nothing more than **a carefully engineered illusion**—a performance staged to **feign legitimacy** while systematically **denying justice**.

The Petitioner denounces this process as a mockery, **a hollow spectacle** that fails to uphold even the most **basic tenets of fairness and equity**.

Immigrants are subjected to **deliberate neglect, bureaucratic entrapment, and calculated obstruction**—not as **accidental failures**, but as **intentional mechanisms** designed to **suppress, disorient, and exhaust** those seeking relief. They are **denied the right to defend themselves**, their pleas **trapped in an endless cycle of delays, dismissals, and denials**, ensuring that **justice remains perpetually out of reach**—a cruel exercise in futility.

These practices **do not merely diminish human dignity—they are designed to erase it entirely.**

Immigrants are not treated as human beings, but as **statistics, commodities, sources of prison labor** in a system built **not on justice, but on exploitation.**

### A SYSTEM DESIGNED TO ENSNARE, NOT TO LIBERATE

Justice is not obstructed by accident—it is **weaponized by design**. Immigrants seeking relief are ensnared in **an insidious cycle of**

**bureaucratic manipulation**, a system whose inefficiencies are not failures, but **deliberate strategies of control**:

- If they attempt to file electronically, officials claim their submissions were never received.
- If they use PACER, access is revoked or mysteriously blocked.
- If they send documents by mail, their filings are rejected under the pretense that electronic submission is required.
- And if they comply with the electronic process, new arbitrary obstacles arise to prevent completion.

The rules, requirements, and procedures **are constantly shifting—** ensuring that **no immigrant can ever fully meet them.**

## BUREAUCRACY AS A WEAPON OF ERASURE

This is not **a neutral system—**it is **a method of calculated exclusion**. Clerks, judges, and officials who **should uphold justice instead manipulate bureaucracy** to create an environment where **legal relief is impossible to achieve**. The result?

**A system that does not serve fairness or due process, but rather exploitation.**

Immigrants are **not citizens. Not applicants. Not people.** They are **numbers, commodities, sources of unpaid labor—fodder for a legal machine designed to sustain itself through human suffering.**

## A SYSTEM BUILT ON COMPLICITY

Yet **worse than the oppression is the silence—**the **complicity** of those sworn to uphold the rule of law.

- **The judiciary, the executive branch, the legislative body— all stand idly by.**
- **Organizations claiming to advocate for justice remain passive, either too cowardly to act or too corrupt to care.**

Their inaction **is not a failure—it is a choice.**
**A deliberate betrayal of the Constitution, human rights, and morality itself.**

## THIS IS NOT JUST NEGLIGENCE—IT IS TYRANNY DISGUISED AS LAW

The Petitioner asserts: This system **was never designed to protect— it was built to discard, to dehumanize, to profit from suffering.**

To **call this "justice" is an insult** to the very concept.

For **justice cannot exist where corruption thrives.**

Where **human lives are treated as disposable.**

Where **power is wielded not to defend rights, but to erase them.**

**A SYSTEM BUILT ON OPPRESSION CANNOT BE REFORMED—IT MUST BE EXPOSED, CONDEMNED, AND DISMANTLED.**

## HISTORICAL CONTEXT AND MODERN PARALLELS

**History does not repeat itself—it evolves, mutates, refines its cruelty, making oppression more palatable to the masses.**

**The atrocities of slavery were once carried out in broad daylight: ships brought men, women, and children in chains, forced them into brutal labor, and declared them property, commodities to be**

traded, abused, and discarded when no longer profitable. The world condemned these horrors, and yet—what has truly changed?

The Petitioner draws a chilling parallel between **the slavery of the past and the exploitation of immigrants today**. No chains, no whips—but the same **economic motives**, the same **ruthless greed**, the same **systematic dehumanization of vulnerable populations**. Today's exploited are not auctioned off in markets; they are detained, stripped of their legal protections, and funneled into a vast machine **where human suffering generates profit. Private detention centers, like those operated by GEO Group Inc. and CoreCivic, reap billions, their existence dependent on keeping cells filled, keeping labor cheap, and keeping justice just out of reach**.

**And what of the political powers that uphold this system? They do not need chains and lashes—they have policies, contracts, and manufactured fear. They rewrite the law to serve corporate interests, framing mass detentions and deportations as acts of national security rather than the economic enterprise that they truly are. They weaponize narratives, branding immigrants as threats, enemies, criminals, even terrorists—not because they are dangerous, but because fear justifies profit.**

**Their fraud is evident in their contradictions. Immigrants are labeled a menace when detained, yet granted asylum when**

politically convenient. They are cast as job-stealers, yet systematically underpaid and exploited. They are imprisoned for years, forced into labor, robbed of their dignity—and yet, the very same system that punishes them claims to champion human rights on the global stage.

This is not justice—it is tyranny masquerading as policy. A fraudulent machine, one that thrives on suffering, one that ensures that        oppression remains legal, profitable, and unquestionable.

## This is modern slavery, perfected in its deceit.

And until it is exposed, condemned, and dismantled, history will not repeat itself—it will never end. ·  ... Therefore, the following as a proving fact on hand, to wit:

## SYSTEMIC DENIAL OF JUSTICE: A CASE OF CALLOUS INDIFFERENCE

Carlos Antonio Landeros Cases:  INS-CASE No.  A034 266 469; United States Court of Appeals for the Ninth Circuit Docket No. 19-72855;  ...  United States District Court, Central District of California, Civil Docket Case No. 5:24-CV-00688;  ...  The Ninth Circuit Court of Appeals: 24-4690, 24-5103, and 24-5484; United States District Court, Central District of California, Civil Docket Case Nos.    Habeas Corpus Petitions—5:24-cv-00842,

5:25-cv-00250, and 5:25-cv-00760; … The Ninth Circuit Court
of Appeals Docket No`s: 25-1871, and 25-2541; …

Also pursuant to Federal Rules of Evidence Rule 201, Judicial
Notice was given to: THE CHIEF JUSTICE OF THE SUPREME
COURT HONORABLE JOHN G. ROBERTS, JR. AND CHIEF JUDGE
OF THE NINTH CIRCUIT HONORABLE MARY H. MURGUIA AND
CHIEF JUDGE FOR THE U.S.D.C. CENTRAL DISTRICT OF
CALIFORNIA HONORABLE DOLLY M. GEE: (Case 5:24-cv-00688-
PSG-DTB Document 50 Filed 08/27/24 Page 3 of 62 Page ID #:556):

"IN RESPECT TO THE FRAUDULENT PROCESS GIVEN TO PLAINTIFF´S
COMPLAINT WHERE THE JUDGE, CLERKS DEFENDANT GEO´S ATTORNEY
SUSAN E. COLEMAN IGNORING THE INTEGRITY OF THE OFFICIAL
PROCEEDINGS COMMITTING FRAUD UPON THE COURT CONSPIRING TO
DEFRAUD THE INTEGRITY OF THE UNITED STATES GOVERNMENT´S
ADMINISTRATION CAUSING IRREPARABLE INJURIES IN VIOLATION OF
THE HUMAN RIGHTS BY FRAUD DENYING TO PLAINTIFF DUE PROCESS OF
LAW".

ALSO PETITIONER SENT AN OFFICIAL MISCONDUCT
COMPLAINT UNDER 28 U.S.C. § 351 … SENT TO:

- John G. Roberts Jr., Chief Justice of the Supreme Court of the
  United States
- Mary Helen Murguia, Chief Judge of the United States Court of
  Appeals for the Ninth Circuit
- Dolly M. Gee, Chief Judge of the United States District Court for
  the Central District of California

**Denouncing the following:**

**Corrupted** public servants **within the United States federal government—alongside private corporations, law firms, and not-for-profit organizations—have long conspired to** profit from the suffering of immigrants**. They** detain immigrants for months or years **in private institutions,** deny them due process, **and** force them into labor **for as little as** one dollar or less per day**.**

At every level of judicial proceedings, **immigrants' complaints are ignored**, justified by the fraudulent assertion that **Congress has granted unchecked power** to the executive branch to **imprison immigrants indefinitely**. This deliberate suppression of justice **defrauds the integrity of the U.S. government's administration** and constitutes **an internationally wrongful act**, blatantly violating **U.S. treaty agreements**.

**Yet, despite the** severity **of these allegations—despite their** clear implications for constitutional and human rights violations—**no response was received from any of the recipients of these complaints. … A testament to how the legal system treats justice as a formality rather than a principle.**

**1)--Systemic Corruption in Immigration Detention: Profiting from Constitutional Violations:**

**Carlos Landeros' case is just one example** within a broader network of criminal abuse in the U.S. immigration system. What should be an administrative procedure guaranteed by the **Administrative Procedure Act**

**(APA)** has become a manipulation tool used by corrupt officials to **profit from the systematic denial of due process**.

Instead of serving as a mechanism for constitutional protection, immigration administration operates under a **false pretense of legality**, where the **Sixth Amendment** is deliberately ignored. Prolonged detention, forced labor exploitation, and psychological abuse are **not failures of the system—they are calculated strategies** designed to sustain a cash flow built on human suffering. **The privatization of detention centers has turned the incarceration of immigrants into a multi-billion-dollar industry, where corporations and private contractors benefit from every unjustified day of confinement. In fact, Landeros endured that nightmare for eight months, forced to work in food preparation—cooking, among other things, chicken deemed not for human consumption. Guards threatened him, warning him to stay silent or suffer the consequences.**

Most alarming is that **legal barriers have been intentionally constructed to prevent accountability**, reducing access to a fair trial to **a mere procedural illusion**. Every immigrant who is deprived of an equitable hearing and arbitrarily confined represents **a direct violation of fundamental principles** enshrined in **Title 5 of the U.S. Code (USC) and the Constitution itself.**

The problem is not that the system is broken—**it has been deliberately weaponized for exploitation and profit**. As long as corruption continues to operate under the shield of bureaucracy and political indifference, **abuse will persist, reinforcing an oppressive model where justice is subordinated to the business of detention.**

The immigration system is not broken—it is **weaponized** for private gain, operating **outside legal and ethical boundaries**. **Until accountability is enforced, the abuse will continue, shielded by bureaucracy and political indifference.**

**The only path to change is to demand accountability, transparency, and the dismantling of corporate interests profiting from violations of fundamental rights.**

**Landeros fought back against this brutality, appealing the inhumane treatment and the fraudulent due process under which he was enslaved within the detention center. Yet his pleas were systematically ignored—dismissed by the very system designed to uphold justice. His suffering was not an oversight; it was a deliberate act of institutional cruelty, reinforced by bureaucratic indifference and the unchecked power of those profiting from his confinement, to wit:**

## 2)--Silenced Justice: The Systematic Denial of Due Process

On **November 12, 2019, Carlos Landeros filed his appeal,** seeking judicial review of **fundamental constitutional violations** entrenched within the immigration system's **fraudulent due process.** His petition did not merely expose his own suffering—it **denounced the calculated manipulation** that turned legal safeguards **into mere bureaucratic illusions.**

For **over five years**, Landeros **submitted motion after motion,** each meticulously detailing the injustices inflicted upon him. Yet, the response was **not oversight—it was intentional silence**, a deliberate refusal to acknowledge the truth. Instead of justice, he was coerced into accepting a **court-appointed attorney**, whose sole function was to file a **worthless motion**, ensuring that his case would be **dismissed without meaningful review.**

This was not bureaucratic inefficiency—it was **a deliberate act of systemic disregard**, wielded against those the immigration courts deem unworthy of fairness. Justice was not simply denied—it was **weaponized against him**.

Only after filing **Civil Action No. 5:24-cv-00688** did the Court of Appeals finally respond—**not with accountability,** nor even basic legal scrutiny, but with a **summary dismissal**, an outright rejection that ignored every

constitutional violation raised. No vote was held. No review was conducted**. No justice was even considered.**

**And why? The answer was chilling in its simplicity: "He is an immigrant, it doesn't matter."**

This ruling—issued by Judges **A. Wallace, Tashima and Barry G**—is more than an isolated injustice. It is **an indictment of an entire legal system designed to disregard human dignity whenever politically or economically convenient**. The phrase **"it doesn't matter"** is not just dismissive—it is a **revealing declaration of institutional corruption**, exposing the entrenched bias that **systematically excludes certain individuals from the protections the Constitution supposedly guarantees.**

This is **not an anomaly**. It is **a pattern**, a structure meticulously designed to ensure that legal rights remain **reserved for the privileged**, while others— immigrants, the vulnerable, the unwanted—are **discarded without consequence**.

**Landeros' case is living proof that justice, as a principle, is negotiable—and for those deemed expendable, it is nonexistent.**

If the **courts—the supposed guardians of fairness—refuse even to acknowledge constitutional violations**, what remains? If **due process can be**

**dismissed without justification**, what does that say about **the integrity of the system itself?**

**Justice cannot survive in a structure that silences the oppressed, denies votes, and ignores violations. If justice is conditional—if it is selectively granted rather than universally upheld—then what stands before us is not** law. **It is tyranny, disguised as order.**

## CIVIL ACTION NO. 5:24-CV-00688—A BATTLE AGAINST INSTITUTIONALIZED CORRUPTION

After receiving **no substantive response** from the Court of Appeals and facing **obvious corruption**, **Carlos Landeros** took the fight to the **United States District Court, Central District of California**. His **lawsuit—Carlos Landeros v. Joe Biden, U.S. President; Merrick B. Garland, U.S. Attorney General; GEO Group Inc., et al.—was assigned to Judge Philip S. Gutierrez and Magistrate Judge David T. Bristow**.

## Causes of Action

Landeros' civil action was not merely a legal challenge—it was **a direct indictment** against a system that had systematically weaponized injustice for financial gain. **The claims raised included:**

- **Violations of the U.S. Constitution & Bill of Rights**
- **Conspiracy to Defraud the Integrity of the U.S. Administration**
- **Fraud Upon the Court**
- **Obstruction of Justice**
- **Torture**
- **Extortion**
- **Slavery**
- **Discrimination**
- **Exploitation**
- **Kidnapping**
- **Infliction of Cruel & Unusual Punishment**

Each of these **constitutes criminal actions deliberately carried out to generate private financial profit**, proving that the immigration detention system is **not a failure—it is an intentional scheme built upon human suffering**.

## JUDICIAL BETRAYAL AND THE SUPPRESSION OF JUSTICE

From the outset, **Landeros' due process was not denied by accident—it was systematically dismantled through orchestrated manipulation**. The conspiracy was led by **Susan E. Coleman, attorney for GEO Group Inc., and executed with the assistance of court clerks and complicit judges.**

Instead of **ensuring accountability**, the government **remained silent**, refusing to respond—not because of legal constraints, but **out of sheer disregard for justice**. Judge **Philip S. Gutierrez**, rather than enforcing legal integrity, **enabled this injustice**, falsely claiming that the government was never properly notified under **Rule 4**. However, this justification **falls apart** under scrutiny— **GEO Group Inc. actively sought and was granted an extension to file a response**.

Yet, despite securing extra time, the **attorney blatantly failed to submit the required response within the mandated deadline. Multiple notices** regarding this violation were submitted by Landeros, yet **Judge Gutierrez willfully ignored each one— proving that justice was never the objective.**

## WEAPONIZING PROCEDURE TO EVADE ACCOUNTABILITY

Rather than enforcing the **rule of law**, Judge Gutierrez **manufactured an excuse** to deny due process, **falsely asserting** that Landeros had failed to oppose the attorney's motion—**a claim easily disproven by court records**.

This was **not an error—it was a deliberate act of judicial suppression**, a **calculated suppression of constitutional protections** executed with **full awareness that it would destroy the Petitioner's ability to seek justice. Judge Philip S. Gutierrez**, in flagrant disregard for his oath and

constitutional obligations, did not merely issue unjust rulings—he stripped an individual of their right to due process with complete impunity. But perhaps the most damning revelation of all is this:

## None of Judge Gutierrez's orders were signed.

This glaring omission **nullifies their legitimacy**, reducing them to **meaningless proclamations devoid of any judicial authority**. These orders were not just **procedurally deficient—they were legally void.**

## A SYSTEM ENGINEERED FOR EXPLOITATION

Landeros' case is **not an isolated injustice—it is a deliberate structure designed to protect corporate profiteers and silence victims. The government, judiciary, and private corporations operate in unison—not to enforce the law, but to secure financial gain from human suffering.**

The **Causes of Action were never examined**. They were **dismissed without review,** proving that the courts **never sought justice—they sought to protect entrenched power structures**.

## ESCALATING THE FIGHT FOR JUSTICE

Refusing to **accept this systemic betrayal, Landeros filed three appeals with the Ninth Circuit Court of Appeals: 24-4690, 24-5103, and 24-5484.** These appeals are **not just legal challenges—they are direct indictments** against the

corruption, the suppression of justice, and the institutionalized conspiracy that has obstructed due process at every level.

The fight for justice **does not end with silence—it escalates.** And this case demands **full exposure and legal accountability for every violation committed in the name of profit and political convenience**.

The **Ninth Circuit Court of Appeals**, in cases **24-4690, 24-5103, and 24-5484, dismissed the appeals as frivolous** without conducting a thorough review of the **facts or legal foundations** supporting the claims. **This ruling did not merely overlook procedural arguments**—it actively disregarded **serious allegations of judicial misconduct and criminal activity, undermining the integrity of the judicial system itself.**

What is particularly alarming is that **the presiding judge, court clerks, and an attorney from GEO** were allegedly involved in **a deliberate conspiracy to manipulate the case outcome**, thereby committing **fraud upon the court**—a legal doctrine that applies when court officials engage in deception that **fundamentally corrupts the judicial process**. Instead of allowing for proper legal scrutiny, they **orchestrated the dismissal on the merits**, ensuring that the case would be thrown out **without consideration of the crimes committed.**

Among the grave allegations ignored by the Court were **violations of the U.S. Constitution and Bill of Rights, conspiracy to defraud the integrity of the U.S. administration, fraud upon the court, obstruction of justice, torture, extortion, slavery, discrimination, exploitation, kidnapping, and the infliction of cruel and unusual punishment**—all allegedly carried out for **private gain**. Despite the severity of these offenses, the Court chose to dismiss the appeals without **examining the evidence or assessing their legal validity**, branding them **frivolous** in a way that suggests **judicial bias and a failure to uphold justice**.

Under established legal precedent, **fraud upon the court** is one of the most egregious violations within the legal system. **When judges or attorneys engage in deception that compromises the fairness of proceedings, any rulings issued under such fraudulent circumstances can be rendered void.** U.S. courts have long recognized that **fraud upon the court demands intervention**, and when proven, it requires corrective measures, including **reopening the case, disciplinary actions against the responsible officials, and potential legal consequences** for **those who engaged in misconduct.**

The Ninth Circuit's **categorization of the case as frivolous without addressing the serious claims** raises urgent questions about **judicial**

**accountability and the impartial administration of justice**. If officers of the court truly conspired to **obstruct justice**, then their actions should be subject to **investigation and legal challenge**, rather than being **summarily dismissed.**

**A ruling of frivolity should never serve as a mechanism to silence allegations of criminal conduct, especially when they involve violations of constitutional rights and fundamental principles of justice.**

Following the **ruling of the Ninth Circuit Court of Appeals**, which dismissed the case without properly addressing the **facts and legal foundations**, an **Official Misconduct Complaint** was filed pursuant to **28 U.S.C. § 351**. This complaint was formally submitted to:

- **John G. Roberts Jr.**, Chief Justice of the Supreme Court of the United States
- **Mary Helen Murguia**, Chief Judge of the United States Court of Appeals for the Ninth Circuit
- **Dolly M. Gee**, Chief Judge of the United States District Court for the Central District of California

The complaint denounced **widespread corruption** among public officials within the **United States federal government**, as well as **private corporations, law firms, and non-profit organizations** that have systematically conspired to **profit from the suffering of immigrants**. These

entities have engaged in **prolonged detention of immigrants in private institutions**, depriving them of **due process** and **forcing them into labor for as little as one dollar or less per day**—a practice that constitutes **modern-day slavery.**  .  .  .   At **every level of judicial proceedings**, complaints from immigrants have been **ignored**, dismissed under the **fraudulent assertion** that Congress has granted **unchecked power** to the executive branch to **indefinitely imprison immigrants**. This **deliberate suppression of justice** not only **defrauds the integrity of the U.S. government's administration**, but also **violates international treaty agreements**, making it an **internationally wrongful act**.

Despite the **severity of these allegations**, which implicate **constitutional and human rights violations, none of the recipients of this complaint responded.** The **highest-ranking judicial authorities in the United States**—those entrusted with **upholding the rule of law**—chose to **ignore these claims entirely.** This **silence is not an oversight**; rather, it is a **direct betrayal of the principles of justice**.

The **Chief Justices and presiding judges** who received this complaint had a **moral and constitutional duty** to **investigate**, **hold accountable** those responsible, and **ensure justice** for the victims of these abuses. Their **refusal to**

**act** is not merely **judicial negligence**—it is **complicity**. By failing to intervene, they have **protected those who violate the law**, allowing **systematic human trafficking, unlawful detention, and forced labor** to continue **unchecked**.

The **absence of judicial intervention** in the face of such **egregious violations** is not simply an administrative failure—it is an **endorsement of oppression**, a **tacit approval of crimes against humanity** perpetrated **within the borders of the United States**. Under **28 U.S.C. § 351, judicial misconduct complaints are meant to hold judges accountable for actions that undermine the integrity of the courts.**

**However, when the highest judicial authorities refuse to act, the very foundation of justice is eroded, leaving victims without recourse and perpetrators without consequence.**

**Before the district judge denied due process in the civil action, a Judicial Notice pursuant to Federal Rules of Evidence Rule 201 was formally submitted in Case No. 5:24-cv-00688-PSG-DTB, Document 50, Filed on August 27, 2024, directed to:**

- **John G. Roberts Jr.**, Chief Justice of the Supreme Court of the United States
- **Mary Helen Murguia**, Chief Judge of the United States Court of Appeals for the Ninth Circuit
- **Dolly M. Gee**, Chief Judge of the United States District Court for the Central District of California

The Judicial Notice alerted these authorities to the **fraudulent process** surrounding the plaintiff's complaint, during which **the judge, court clerks, and Defendant GEO's attorney, Susan E. Coleman, disregarded the integrity of the official proceedings** and committed **fraud upon the court**. Their actions were not just **procedural misconduct**—they represented **a deliberate conspiracy to obstruct justice** and **defraud the integrity of the U.S. government's administration**.

The misconduct resulted in **irreparable harm**, violating **fundamental human rights** and **constitutional protections**. The legal abuses included **infliction of mental distress, discrimination, extortion, exploitation, slavery, kidnapping, torture, and human trafficking**, all carried out under the guise of **immigration enforcement**, turning the system into **a profitable scheme for private corporations**. **Law firms and corrupt public officials conspired to suppress these violations**, ensuring that **criminal conduct was ignored** rather than investigated.

The Judicial Notice emphasized **violations of Title 18 of the U.S. Criminal Code, constitutional rights, human rights laws, and international treaty agreements**. Under **Rule 201**, courts must acknowledge adjudicative facts that are **not subject to reasonable dispute**, yet **the highest-ranking judicial**

**authorities failed to respond**—an act that constitutes **complicity in the corruption and oppression** rather than a commitment to justice.

This silence was not **an oversight**; it was **a deliberate betrayal of justice**, allowing **systematic human rights abuses to continue unchecked**. For **five years**, the plaintiff has endured **mental distress**, seeking justice in a system that has chosen to **ignore his claims** rather than uphold the **principles of due process and human dignity**.

Following the **lack of response** from judicial authorities regarding the **catastrophic complaint**, **Carlos A. Landeros** filed two **Habeas Corpus petition** in the **United States District Court for the Central District of California**, under **Case No. 5:25-cv-00250-** on **January 29, 2025**; **and 5: 25-cv-00760 filed on 3/25/2025.** The petitions were directed against **Donald Trump, the U.S. President, the U.S. Attorney General, and other respondents**, seeking judicial intervention in **grave violations of human rights and constitutional protections**.

Landeros, acting **pro se**, invoked **the U.S. Constitution, international treaty agreements, and administrative laws**, asserting that **public servants within the federal government, alongside private entities, had engaged in systematic abuse**, including:

- **Fraud upon official proceedings**
- **Fraud upon the court**
- **Defrauding the integrity of the U.S. administration**
- **Infliction of torture upon vulnerable individuals seeking justice**

The petition detailed how **immigrants, including Landeros himself, had been subjected to prolonged detention, denied due process, and forced into labor for as little as one dollar or less per day**—a practice that constitutes **modern-day slavery**. The **administrative due process** afforded to him had been **a farce,** designed solely to **protect private corporations profiting from the suffering of immigrants**.

## Legal Remedy Sought

**Landeros formally requested the review of court records from multiple cases, including:**

- **Immigration Case No. A034 266 469**
- **Court of Appeals for the Ninth Circuit Case No. 19-72855**
- **United States District Court for the Central District of California Case No. 5:24-cv-00688**
- **Court of Appeals for the Ninth Circuit Cases Nos. 24-5484, 24-4690, and 24-5103**

Based on the **facts and legal violations**, he urged the court to **issue an order for proper relief in accordance with established law, to wit:**

**Habeas Corpus Petition** filed under **Case No. 5:24-cv-00842** on **April 22, 2024; 5:25-cv-00250-** on **January 29, 2025**; and **5: 25-cv-00760 filed on March/25/2025.**

### The Role of Judge Terry J. Hatter Jr.

The Habeas Corpus was assigned to **Judge Terry J. Hatter Jr.**, a **92-year-old jurist** who had witnessed **historic civil rights struggles**, including those led by **Martin Luther King Jr., Rosa Parks, and Thurgood Marshall**. **Despite his legacy, Landeros questioned why Judge Hatter had chosen to ignore fundamental human rights violations, allowing the prolonged detention and forced labor of immigrants to persist?**

Landeros emphasized that **immigrants do not leave their homelands by choice**—they are **forced to emigrate due to economic exploitation and systemic oppression**. Yet, upon arrival in the United States, they are **detained for months or years, subjected to inhumane conditions, and forced to work for private profit**. This system, rooted in **fraud and usurpation---of the United States Codes of Title 18 Sec.-3231--80-772—FRAUD UPON THE INTEGRITY OF THE JUDICIAL SYSTEM.**

## JUDICIAL NEGLIGENCE AND SYSTEMIC OPPRESSION

Despite the **clear constitutional violations**, Judge Hatter **dismissed all three Habeas Corpus petitions** assigned to him, failing to **address the fundamental legal issues**. His rulings **protected private interests rather than ensuring justice**, reinforcing a system that **continues to enslave minorities and deprive them of their freedom**.

Landeros' petition underscored the **urgent need for judicial accountability**, questioning **why a judge with decades of experience would ignore the suffering of immigrants?**. The **denial of due process** in these cases reflects **a broader failure of the U.S. legal system to uphold its foundational principles**, allowing **corporate profit to dictate judicial outcomes**.

**Judge Terry J. Hatter Jr. also dismissed without prejudice** the **Habeas Corpus Petition** filed under **Case No. 5:24-cv-00842** on **April 22, 2024**, citing procedural grounds rather than addressing the **substantive human rights violations** at issue. The court's reasoning focused on **the representation of petitioners**, stating that **Carlos A. Landeros and D. Damian Villegas—** neither of whom are licensed attorneys—could not legally represent others in the proceeding. As a result, the court **reframed the petition as a habeas corpus**

**action brought solely by Landeros as a pro se litigant**, disregarding the broader scope of the filing.

However, this **interpretation by the court was fundamentally flawed. The Habeas Petition was not filed by Landeros on his own behalf**, but rather by **General Services Defensores de los Derechos Humanos & Above A.C. (GS&A-D. Villegas)—a civil association dedicated to defending human rights**. The petition was submitted **on behalf of all detained migrants suffering from torturous slavery and confinement**, relying on **the established record in Landeros' case to substantiate the claims.**

Contrary to the court's assertion that this **Habeas Petition belonged to Landeros**, it is critical to note that **Landeros had already filed his Civil Action—Case No. 5:24-cv-00688—on April 2, 2024**. The Habeas Petition was filed **on April 22, 2024**, nearly three weeks later. This timeline raises a fundamental question: **Why would Landeros submit a Habeas Petition if he already had an active Civil Action in process?** The court's failure to recognize this distinction **mischaracterized the nature of the petition**, leading to its dismissal without properly addressing the **systemic human rights violations** at the heart of the case.

## JUDICIAL NEGLIGENCE AND SYSTEMIC CORRUPTION

Judge Terry's argument **focused solely on dismissing the petition**, showing **no regard whatsoever for justice**—the very foundation of his role as a judge. This approach **violates his solemn oath**, in which he swore to remain **impartial** and **faithfully execute his duties**. No attention was given to the **torture, confinement, slavery, or the violations of the Bill of Rights and constitutional protections** suffered by the petitioners. Instead, the judge **directed his entire reasoning toward finding grounds to dismiss the Habeas Petition**, citing procedural technicalities. To wit:

- "**Only Mr. Landeros and 'D. Damian Villegas' purported to sign the Petition or the Motion. Neither is listed on the California State Bar's website as licensed to practice law in this State.**"
- "**Mr. Landeros, a non-attorney who is listed as a petitioner, may not properly represent anyone other than himself in this proceeding.**"
- "**D. Damian Villegas, a non-attorney who is not listed as a petitioner, may not properly represent anyone in this proceeding.**"
- "**Power of attorney does not permit court representation.**"
- "**Self-representation may not be delegated to a non-attorney.**"

This ruling **exemplifies a monopoly of corruption**, where **judges act as supreme authorities rather than public servants**. A judge **cannot dictate who may represent an individual**, as **the individual**

is sovereign. The **Civil Association of Human Rights Defenders** attached a **copy of its Constitutional Charter** to the petition, which **explicitly decrees its authority to represent individuals suffering human rights violations**.

Despite this, the judge **prohibited anyone from representing another individual unless they held a license to practice law**. While this may be **standard procedure**, in the **interest of justice**, the court **should have appointed legal counsel** to safeguard the **integrity of human rights**. Given that the petitioners were **foreign nationals**, the judge **should have acted in accordance with international treaties**, which **obligate countries to uphold and protect human rights with integrity**. Instead, the judge **ignored justice, international treaties, and human rights entirely**.

## SYSTEMIC EXPLOITATION AND DEHUMANIZATION OF IMMIGRANTS

This situation starkly illustrates the **systemic exploitation and dehumanization** suffered by immigrants during detention. They are **deprived of the right to legal representation unless they can afford to pay for it**, which constitutes a **blatant violation of the Sixth Amendment**. To **mask this injustice**, the government provides immigrants with **information about organizations allegedly defending their rights**—organizations that are

**funded by the very system that perpetuates their suffering**. These entities, rather than serving as **advocates**, are **complicit in a corrupt monopoly**, where **immigrants are treated as commodities for profit**.

Evidence of this **profit-driven exploitation** is visible in the **stock market**, where **GEO Group Inc., a private company managing detention facilities, is publicly traded**. This demonstrates unequivocally that **migrants are reduced to a lucrative business opportunity**. The so-called **"administrative process"** offered to them is **nothing more than a façade**, designed to **create the illusion of fairness while systematically denying justice**. The judiciary, far from being **impartial**, plays **an active role in maintaining this system of oppression**.

## Carlos Landeros' Case: A Proving Fact of Systemic Corruption:

The **case of Carlos Landeros** serves as **undeniable proof** of these **barbaric actions**. His legal battle **exposes the systemic corruption within immigration detention**, where **constitutional violations are ignored in favor of corporate profit**. The judiciary, rather than **upholding justice**, has **enabled and perpetuated these abuses**, reinforcing a system where **human suffering is monetized**.

Judge Terry J. Hatter Jr. **dismissed without prejudice** the **Habeas Corpus Petition** filed under **Case No. 5:25-cv-00250**, citing **jurisdictional limitations**

as the basis for his ruling. The court asserted that it **lacked authority to regulate judicial orders or appellate court regulations**, despite the fact that the **Habeas Corpus petition explicitly referenced violations of the U.S. Constitution and federal criminal laws**.

This dismissal follows a **pattern of judicial obstruction**, as Judge Hatter had previously **dismissed Case No. 5:24-cv-00842 on April 22, 2024**, under similar reasoning. In both instances, the court **failed to address the substantive claims**, disregarding **allegations of constitutional violations, human rights abuses, and systemic corruption**. Instead of engaging with the **fundamental legal issues**, the judge **focused solely on procedural technicalities**, **effectively shielding public officials and private entities from accountability.**

The **Habeas Corpus petition** was not merely a challenge to judicial orders—it was a **direct plea for justice**, exposing **fraud upon the court, unlawful detention, forced labor, and violations of fundamental rights**. The court's refusal to **exercise jurisdiction over these claims** raises serious concerns about **judicial integrity and the rule of law**. By dismissing the petition **without prejudice**, the judge **avoided ruling on the merits**, **ensuring that the systemic exploitation of immigrants remains unchallenged.**

This ruling exemplifies **how procedural barriers are weaponized to suppress legitimate claims,** allowing **constitutional violations to persist unchecked**. The judiciary, rather than **serving as a safeguard for justice,** has **enabled and perpetuated these abuses,** reinforcing a system where **human suffering is monetized**.

**Judge Terry J. Hatter Jr. dismissed without prejudice another Habeas Corpus Petition filed under Case No. 5:25-cv-00760-- docketed on March 25, 2025, Judge Hatter on April 10, 2025,  issued an order dismissing the Petition without prejudice.**

## JUDGE TERRY HATTER: A CALCULATED BETRAYAL OF JUSTICE

Justice is meant to be blind—**but Judge Terry Hatter ensured it remained deaf, mute, and indifferent to the suffering before it.**

His rulings stand as **a glaring display of judicial corruption**, where **due process was not upheld, but discarded**, sacrificed to shield corporate profiteers at the expense of immigrant rights.

In three Habeas Corpus Petitions—**5:24-cv-00842, 5:25-cv-00250, and 5:25-cv-00760**—Landeros presented **explicit, irrefutable, damning evidence** of **fundamental violations**. Yet instead of

enforcing the law, **Hatter dismissed them without hesitation, without scrutiny, without justice.**

This was not an error. **This was a choice.**

A deliberate act to ensure that **suffering remained profitable rather than remedied**.

**These rulings were not legal decisions—they were strategic obstructions.**
Designed not to administer justice, but to **silence victims, to suppress truth, to fortify the power of corporate interests over human dignity.**

## A COURTROOM BOUGHT AND SOLD

**Justice was never the priority—it was merely the illusion.**

**The judicial system has been co-opted by financial interests,** repurposed as a tool of suppression rather than governance. Due process was not merely denied—**it was weaponized.**

- **To delay.**
- **To dismiss.**
- **To demoralize.**

**To ensure that accountability is reserved only for the powerless, while the powerful continue to walk free, untouched, unchallenged.**

## THE MONOPOLY OF CORRUPTION

This machine **has thrived for years**, a network of **legal deception**, operating with **impunity**, systematically violating **human rights** under the guise of legitimacy.

And Judge Terry Hatter?
He did not merely **allow it—he enabled it.**
**Knowingly. Willingly. Without shame or consequence.**

His rulings prove what has long been clear—**justice is an asset, traded among the powerful, reserved only for those who can afford to control it.**

**He did not uphold justice.**

**He did not honor international treaties.**

**He did not protect human rights.**

**He disregarded them. Entirely. And without hesitation.**

## BARBARISM DISGUISED AS DUE PROCESS

This situation stands as **undeniable proof of systemic exploitation and dehumanization**—a legal machine designed **not to uphold justice, but to erase it.**

Immigrants are stripped of their most **fundamental rights**, denied legal representation unless they can **pay for it**, an outright violation of the **Sixth Amendment**. **But justice was never the goal—control is.**

To conceal this injustice, the government provides immigrants with **lists of organizations supposedly dedicated to defending their rights**—organizations that, in reality, **are funded by the very system that sustains their suffering**.

These entities do not serve as advocates—they are **complicit** in a **corrupt monopoly**, where immigrants are reduced to **financial assets**, **commodities**, **profits**, rather than human beings.

## HUMAN SUFFERING AS A BUSINESS MODEL

The evidence of this **profit-driven exploitation** is **public**, visible in **the stock market itself**, where **GEO Group Inc.—a corporation managing detention facilities—is openly traded**.

Migrants are **not treated as individuals seeking asylum or legal rights**—they are **marketable investments, human capital fueling a billion-dollar industry**.

The so-called **"administrative process"** afforded to them is nothing more than **a façade**—a mechanism designed **to manufacture an illusion of fairness** while **systematically denying any real opportunity for justice**.

### THE JUDICIARY: NOT A GUARDIAN, BUT AN ARCHITECT OF OPPRESSION

Far from acting as a **neutral arbiter**, the judiciary **plays an active role** in preserving this system of abuse, **reinforcing oppression rather than dismantling it.**

It is not **justice—it is obstruction.**
It is not **fairness—it is a calculated strategy of suppression.**

Carlos Landeros' case **stands as proof of such barbarism**—an **unforgivable betrayal** that solidifies the **corrupt alliance between corporate greed, political manipulation, and legal indifference.**

# THE SYSTEMATIC OBSTRUCTION OF JUSTICE: A DELIBERATE ATTACK ON LEGAL RIGHTS

Justice is not merely denied—it is **manipulated, distorted, and weaponized** to ensure that the powerless remain trapped in a web of **bureaucratic suppression.**

Carlos Landeros has appealed **Judge Terry Hatter's dismissal** of two Habeas Corpus petitions—**Case No. 5:25-cv-00250 (Appeal Docket No. 25-1871) and Case No. 5:25-cv-00760 (Appeal Docket No. 25-2541)**. Yet **both appeals have been subjected to procedural sabotage**, exposing the **corrupt machinery behind the legal system's façade of due process.**

**Procedural Manipulation in Appeal No. 25-1871: The Weaponization of Delay**

From the outset, the Court of Appeals **determined that a Certificate of Appealability (COA) was necessary** for the case to proceed. This ruling was clear, **non-negotiable**, **legally binding**—yet the District Court **ignored it entirely**, effectively **stalling the appeal in a legal deadlock**.

It was not until **May 12, 2025**, that the Court of Appeals **finally forced the District Court to comply**, issuing an order for clarification on whether the COA was required. **This unjustified delay was no accident**—it was a calculated obstruction, designed to **undermine Landeros' right to a fair review** and **violate established procedural obligations** meant to guarantee access to justice.

**Administrative Obstruction in Appeal No. 25-2541: A System Built to Exhaust and Frustrate**

Simultaneously, Landeros' **Motion for In Forma Pauperis (IFP)** in **Appeal No. 25-2541** encountered **a deliberate blockade** at multiple stages—each instance proving **the system is designed to reject justice rather than uphold it**.

The Clerk's office **outright refused** to docket the motion, despite **clear legal protocol requiring it**. In response, Landeros attempted to

**file it electronically three separate times**, only to **face an unexplained, unjustified blockade within the PACER system**.

With no alternatives left, he **submitted the motion by mail**—and this time, the **Clerk's office officially acknowledged receipt**.

**Landeros' Resistance and the Court's Response: A System Desperate to Maintain Control**

Frustrated by the **repeated legal barriers**, Landeros sent **a direct letter to the Clerk's office**, demanding an end to **the obstruction of justice** and urging officials to **perform their duties with integrity and transparency**.

His intervention **forced the Court to reopen Appeal No. 25-1871** and **apparently process Appeal No. 25-2541**—but the relief was **temporary, illusory, nothing more than another layer of manipulation**.

Shortly afterward, the **Clerk's office issued a new notice**, stating that because **Landeros had electronic access to the court system**, they would **refuse all further correspondence, reject his mailed submission, and insist on electronic filing**—a direct contradiction to their **earlier refusal to process his electronic filings**.

This erratic, contradictory behavior is not **mere incompetence—it is strategy**.
**It is suppression. It is control. It is obstruction disguised as procedure.**

## THE TRUE FACE OF JUSTICE: A SYSTEM BUILT TO FAIL THOSE WHO NEED IT MOST

**The evidence is undeniable.**

**The obstruction is deliberate.**

**The corruption is absolute.**

Justice should **never be a privilege reserved for the powerful**—yet in this system, **it is bought, bartered, and controlled** by those with **the deepest pockets and the most vested interests in ensuring suffering remains profitable**.

**And for those without wealth, influence, or legal access? Justice is not a right—it is an impossibility.**

## A PATTERN OF CORRUPTION AND JUDICIAL EXCLUSION: SYSTEMATIC SUPPRESSION MASQUERADING AS LEGALITY

What transpired in these cases **was not an administrative oversight**—it was **a deliberate strategy**, part of **a wider pattern of corruption, negligence, and exclusion**, disproportionately affecting **immigrants and vulnerable individuals seeking justice**.

The legal system **should serve all**, regardless of immigration status, yet **procedural manipulation actively prevents due process**, ensuring that justice remains an **unreachable promise rather than an actual guarantee**.

This case underscores the **urgent, undeniable need for judicial reform**, a demand for **laws applied impartially**, free from the **contamination of administrative and political interference**.

**INDUSTRIALIZED HUMAN EXPLOITATION: DUE PROCESS AS A PROCEDURAL ILLUSION**

This crisis **is not accidental—it is engineered.**

- **Every detainee denied fair hearings.**
- **Every individual confined without justification.**
- **Every legal safeguard systematically ignored.**

Each represents **a direct violation** of the **core principles of Title 5 USC and fundamental constitutional guarantees**.

Yet **this is not inefficiency—it is oppression disguised as governance**.
**It is exploitation masquerading as law.**

It is **the industrialization of human suffering**, a machine designed **not to ensure justice, but to reduce it to an illusion**, a mechanism built **not on fairness, but on profit**.

**It is time to expose the rot. It is time to demand justice over profit.**

**JUDICIAL INTEGRITY IN CRISIS: A SYSTEM BUILT TO IGNORE JUSTICE**

The **denial** of **Carlos Landeros' petition for rehearing en banc in the Ninth Circuit Court of Appeals (Docket No. 19-72855)** is **not merely an individual failure**—it is **a glaring indictment of a judicial system designed not to serve justice, but to bury truth beneath bureaucratic indifference**.

For **four years**, despite **unquestionable material facts,** his case was **systematically ignored**, leading to **a dismissal devoid of substantive review—not a ruling, but an execution.**

When **Judges Tashima, Silverman, and Koh issued their perfunctory rejection**, stating that **"no judge has requested a vote,"** it was not simply **a denial of rehearing—it was an open betrayal**.

**It was:**

- **An abdication of duty.**
- **A mockery of due process.**
- **A refusal to confront the fraudulent nature of the immigration system itself.**

**A SYSTEMATIC COVER-UP: JUSTICE AS A TOOL FOR PROFIT**

This is **not justice**.
This is **not fairness**.

This is **a calculated mechanism—a system designed not to protect the vulnerable, but to preserve the interests of those who profit from oppression**.

- **Legal safeguards are ignored.**
- **Accountability is nonexistent.**
- **Human suffering is commodified for private gain.**

The judiciary—**once the last bastion of fairness**—has instead become **an accomplice to institutionalized injustice**, ensuring that **the powerful remain untouched while the oppressed remain silenced**.

Until **this corruption is exposed and confronted**, the courts will remain **not an instrument of justice, but a weapon against the very principles they claim to uphold**.

## CIVIL ACTION EXPOSES JUDICIAL CORRUPTION—BUT JUSTICE IS SYSTEMATICALLY DENIED

Carlos Landeros filed a civil action in the **United States District Court, Central District of California (Case No. 5:24-CV-00688)**, naming **Joe Biden, Merrick B. Garland, GEO Group Inc., and others** as defendants.

The charges were **grave**: violations of the **U.S. Constitution**, **fraud**, **obstruction of justice**, **torture**, **extortion**, **slavery**, and **exploitation**.

Yet, instead of confronting these allegations **with integrity**, the case was assigned to **Judge Philip S. Gutierrez and Magistrate Judge David T. Bristow**—who **did not uphold justice** but rather **worked actively to evade it**.

## A SYSTEM DESIGNED TO SILENCE TRUTH

From the outset, **due process was never an option**. The government **chose silence**, not due to **legal reasoning**, but as **a tool to suppress the truth**.

Attorney **Susan E. Coleman**, representing **GEO Group Inc.**, weaponized procedural rules to **delay accountability**, ensuring that **justice remained permanently out of reach**.

Judge Gutierrez, rather than enforcing the law, **ignored blatant legal violations**, excusing the government's **failure to respond**, granting impunity to those accused **not through legal justification, but through deliberate inaction**.

## JUDICIAL COMPLICITY IN PROTECTING PROFIT OVER JUSTICE

Even **the most glaring procedural breaches—unanswered filings, unsigned judicial orders, blatant disregard for legal standards—** were dismissed **without scrutiny**, without hesitation, without justice.

This was **not a mistake**.
It was **not inefficiency**.

It was a **coordinated effort** to shield entrenched power, ensuring that **human rights violations remain profitable rather than prosecuted**.

## THE SYSTEM IS NOT BROKEN—IT IS FUNCTIONING EXACTLY AS DESIGNED

**This case stands as undeniable proof that the judiciary, corporate profiteers, and government officials do not act independently—they operate as a single entity, woven together in a network designed to obstruct justice, silence victims, and exploit legal loopholes to maintain control.**

## JUSTICE IS NOT MISSING—IT HAS BEEN DELIBERATELY ERASED.

**Until this corruption is fully exposed, until every layer of legal deception is dismantled, the legal system will never serve constitutional integrity—it will remain a weapon for private interests.**

**Systemic Judicial Evasion: A Deliberate Suppression of Justice**

Carlos Landeros' appeals directly confronted the entrenched fraud and obstruction within the U.S. immigration system. These cases were not mere legal challenges—they were exposés of a coordinated effort to **deny justice outright**. Instead of addressing the systemic violations, the courts dismissed his appeals, reinforcing **a structure designed to silence and oppress**.

**The Betrayal of Habeas Corpus: Judicial Complicity in Injustice**

Judge Terry Hatter's dismissal of multiple Habeas Corpus petitions was not just legally flawed—it was a **betrayal** of one of the most fundamental protections in a democracy. Habeas corpus is not merely a tool for contesting unlawful detention; it is **a shield against all forms of injustice**, ensuring that individuals are not subjected to procedural manipulation or governmental abuse. Hatter's narrow interpretation did not uphold justice—it **weaponized bureaucracy to protect misconduct**, effectively allowing violations of due process to go unchallenged.

**State-Sanctioned Neglect: The Manufactured Suffering in Detention Centers**

The crisis in immigration detention facilities is not an isolated issue— it is **a nationwide catastrophe**, known and permitted by those in power. Inside these centers, immigrants **face starvation, disease, and**

**psychological torture**, all while corporations profit from their misery. These conditions are not accidental. **Hunger is wielded as a tool of control. Hygiene is deliberately denied. Dissent is met with isolation and psychological torment**. This suffering is not the result of inefficiencies—it is a **calculated strategy of oppression**.

### A Criminal Enterprise Disguised as Immigration Enforcement

Private corporations such as GEO Group Inc. and CoreCivic have transformed immigrant detention into **a multibillion-dollar industry**, sustained by forced labor and human exploitation. But this is **not detention—it is modern-day slavery**. Immigrants are **forced to work for cents a day**, their labor and bodies commodified for profit. The legal system, supposedly dedicated to justice, **stands complicit**, manufacturing excuses and burying evidence to shield these atrocities.

## History Will Deliver Judgment

The parallels to past atrocities are undeniable. **This is institutionalized dehumanization—a contemporary iteration of slavery and segregation, enabled by judicial and governmental indifference**. The highest authorities entrusted with defending constitutional rights have chosen to ignore, dismiss, and suppress the truth. **Their silence is not neutrality—it is complicity**.

Justice cannot be erased. **The truth will break through the manufactured legal barriers**, and history will judge those responsible for this shameful conspiracy.

## Civil Law vs. Criminal Law: The Fraudulent Justification

The distinction between civil and criminal detention is **not a technicality—it is foundational**. Civil detention is permitted only when narrowly justified, never as a form of punishment. Criminal detention, on the other hand, has strict constitutional limits on duration, conditions, and due process.

Yet, immigrants are **locked in facilities indistinguishable from prisons**, frequently **run by private corporations** that profit from their suffering. The Supreme Court has ruled that **preventive detention beyond 90 days becomes punitive** (*18 USC Secs. 3142—v.-- 3161; U.S. v. Gallo, 653 F. Supp. 320, 334-35*). If **even criminal detainees have strict limits**, how can the government **justify trapping civil detainees for years**? The answer: **they cannot.**

## Profiting from Human Captivity: A Deliberate Violation of Rights

The reality is not administrative oversight—it is a **financial enterprise** disguised as law enforcement. **Private detention centers make billions**, turning immigrants into a commodity, their imprisonment **a revenue stream**. This is **not just ethically bankrupt—it is legally indefensible**.

**U.S. law demands that civil detention serve a non-punitive purpose. Yet, conditions in immigrant detention rival the worst prisons:**

- **Overcrowding** that breeds disease and deteriorates health
- **Denial of proper medical care**, leading to preventable deaths
- **Psychological and physical abuse**, ignored by authorities
- **Nutritional deprivation**, leaving detainees weak and malnourished

This is **not administration—it is a deliberate infliction of harm**, a form of **institutionalized brutality** justified only by **bureaucratic deception.**

**The Corruption Runs Deep: An Illegitimate System Kept Alive by Greed:**

The U.S. has signed **international agreements** that require humane immigration processes. Yet **detention for profit tramples every principle of justice**. The government has **created an illusion of legitimacy—an illusion that collapses under the weight of its own contradictions:**

- If **criminal detention** beyond 90 days is punitive, how is **civil detention for years acceptable**?
- If immigration detention is **not punishment**, why do its conditions **mirror incarceration**?
- If due process is a **constitutional right**, why are thousands **denied fair and timely hearings**?

The truth is simple: **They know it's wrong, but they profit too much to stop**.

## No Justification, No Legality, No Excuse.

**Immigrant detention, as it exists today, is criminal in its execution, unconstitutional in its foundation, and morally indefensible in its motives. It does not exist for justice—it exists for power, profit, and punishment disguised as procedure.**

**What we are witnessing is not immigration enforcement—it is the institutionalization of corruption, a system built not to uphold the law but to exploit it for financial and political gain.**

## Modern-Day Slavery Sanctioned by the U.S. Government

Behind the façade of immigration enforcement, **a criminal enterprise thrives—one that institutionalizes forced labor, profits from human suffering, and openly defies constitutional law**. Immigrants, **detained not for crimes, but for civil procedures**, are **held in corporate-run prisons**, where they are **forced to work** for **one dollar or less per day**. This is **not due process**—this is **human trafficking disguised as bureaucracy**.

## The Constitutional Betrayal

The **Thirteenth Amendment** explicitly **abolishes slavery, except as punishment for a crime** following **due conviction**. Immigration detainees **are not criminals**, nor have they been **duly convicted of any offense**. Yet, they are **forced into labor**, exploited by **private corporations operating under government consent**.

**The law further condemns this practice:**

**Title 42 USC Sec. 1994** renders **any system of involuntary labor illegal** and **void**, yet it continues under the guise of detention.

**Federal anti-human trafficking statutes** criminalize forced labor, **but when it profits corporate giants, enforcement vanishes.**

## A System of Corporate Greed and Government Complicity

The **United States government**, under its pretense of immigration enforcement, **has outsourced the imprisonment and forced labor of immigrants to private corporations, fueling a billion-dollar industry rooted in exploitation.**

This is not merely forced labor—**it is systemic brutality**. Those who refuse to comply with **"voluntary work programs"** are **beaten, segregated, and deported immediately**, **stripped of any semblance of justice or dignity**. This is a **modern continuation of a historical legacy of oppression**, hidden behind administrative justifications, **perpetuated for profit, and carried out with calculated cruelty.**

**This practice is not simply an administrative oversight or an isolated problem**—it is an extension of a **long history of slavery and systematic exploitation, where economic interests always take precedence over human dignity.** Those who profit from this system mask the violence behind legal technicalities and bureaucratic procedures. **This is not just a human rights**

crisis; it is the continuation of a legacy of oppression, one that began with the enslavement of entire populations and persists today, disguised as security policies and official procedures.

## The Judiciary's Complicit Silence

Immigrant detainees are systematically **denied access to legal representation**, violating the **Sixth Amendment**—a constitutional right **available to all, except, apparently, to those the government sees as disposable**. The **Executive and Judicial branches**, sworn to uphold the Constitution, have instead **ignored due process**, **legitimized corporate servitude**, and **perverted the principles of justice**.

## The Ugly Truth They Try to Deny

This is **not detention**—it is **slave labor masquerading as immigration enforcement**. It is **corporate-controlled human trafficking**, enforced **with full government approval**, sustained **by a corrupt system that prioritizes profit over human dignity**.

**No justification exists. No legal defense holds. This is a crime. This is a scandal. This is modern slavery sanctioned by the state.**

In fact, The Dignity for Detained Immigrants Act, reintroduced by U.S. Representative Pramila Jayapal (WA-07), U.S. Senator Cory Booker (D-NJ), and U.S. Representative Adam Smith (WA-09), directly acknowledges the humanitarian crisis in immigration detention. This legislation aims to end inhumane

**conditions … restore civil and human rights, and—critically—reinstate due process, which has long been ignored by the courts and the executive branch despite extensive evidence of violations.**

For years, detained immigrants have endured **abuse, medical neglect, solitary confinement, and lack of legal recourse**, all facilitated by a **broken, profit-driven system**. Despite **Congress recognizing** the urgency of these human rights violations, previous administrations have **exploited immigration laws** in ways that contradict legal frameworks.

## Key reforms of this legislation include:

- **Ending mandatory detention, ensuring individuals are not arbitrarily imprisoned.**
- **Banning family incarceration, preventing children from suffering traumatic confinement.**
- **Phasing out private detention centers, eliminating profit-driven exploitation.**
- **Strengthening oversight measures, such as unannounced inspections and stricter detention standards.**
- **Promoting community-based alternatives, allowing immigrants to navigate legal cases outside of detention centers.**

Advocacy groups, including **the ACLU, Women's Refugee Commission, Detention Watch Network, Freedom for Immigrants, and Amnesty International USA**, emphasize that existing immigration policies **lack justice, transparency, and basic human rights protections**. **They highlight that many detention practices violate international human rights standards and due process rights.**

Despite this recognition, the **Trump administration** aggressively violated the rights of immigrants using **laws that do not apply to the current situation**. A prime example is the **Ludecke v. Watkins (1948) ruling**, which relied on the **Alien Enemy Act of 1798**, allowing for the removal of foreign nationals **only in times of declared war**. However, no war has been officially declared, making the Trump administration's reliance on this law **a legal misinterpretation used to justify mass deportations and indefinite detentions without due process of law**.

Further exacerbating these violations, the **Supreme Court ruling in Mabler v. Eby (1924)** reaffirmed that **procedural due process must be satisfied**, including **fair hearings** and decisions based on **actual evidence**. The Court emphasized that **arbitrary and unfair hearings are no hearings at all**, and that **no government official has discretion to override due process protections**—a principle deeply rooted in **constitutional safeguards, even in times of war**. However, despite these legal precedents, violations persist, with immigrants routinely denied fair hearings, subjected to prolonged detention, and treated under **laws that do not apply to their cases**.

The claim that the President can unilaterally suspend **habeas corpus**—the fundamental right to challenge unlawful detention—is **constitutionally flawed**.

The U.S. Constitution, in **Article I, Section 9**, states that habeas corpus **"shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it."** This provision is **explicitly placed under congressional authority, not presidential power.**

Historically, habeas corpus has only been suspended **four times**, and always with congressional approval: during the **Civil War**, **Reconstruction**, **the Philippine insurrection**, and **World War II in Hawaii**. The current situation in the U.S. does **not** meet the constitutional threshold of an **armed rebellion or invasion**, despite political rhetoric attempting to frame immigration as an "invasion". Courts have **rejected** this interpretation, ruling that immigration enforcement does not constitute an invasion under constitutional law.

Suspending habeas corpus without a legitimate national emergency would **violate due process** and set a dangerous precedent, undermining the very principles of justice and individual rights that the Constitution is designed to protect. Legal experts have strongly condemned any attempt to bypass these safeguards, warning that such actions would be **authoritarian in nature**.

### Historical Suspensions of Habeas Corpus in the U.S.

The writ of **habeas corpus**, a cornerstone of legal protection against arbitrary detention, has been suspended **only in extreme national crises**. The **U.S. Constitution (Article I, Section 9)** allows suspension **only in cases of rebellion or invasion**, meaning it is **not a tool for routine executive action**.

### Key Historical Suspensions:

1. **Abraham Lincoln (1861-1865, Civil War)**

- o Lincoln **unilaterally suspended habeas corpus** to detain suspected Confederate sympathizers without trial.
- o Chief Justice Roger Taney ruled this unconstitutional, stating **only Congress** had the authority to suspend it.
- o Lincoln later secured **Congressional approval**, legitimizing the suspension.

## 2. Ulysses S. Grant (1871, Reconstruction Era)
- o Grant suspended habeas corpus in **South Carolina** to combat Ku Klux Klan violence.
- o This was **Congress-approved** under the **Ku Klux Klan Act**, targeting domestic terrorism.

## 3. Franklin D. Roosevelt (1941, World War II)
- o Habeas corpus was suspended in **Hawaii** following the attack on **Pearl Harbor**.
- o Military authorities imposed **martial law**, restricting civil liberties.
- o The Supreme Court later ruled that the suspension was **excessive and unjustified**.

## 4. George W. Bush (2006, War on Terror)

- The **Military Commissions Act** restricted habeas corpus for **foreign nationals** labeled as "enemy combatants."
- The Supreme Court struck this down in **Boumediene v. Bush (2008)**, reaffirming habeas corpus protections.

## Why Trump's Claim is Constitutionally Flawed

The **U.S. is not facing an armed rebellion or invasion**, meaning there is **no legal basis** for suspending habeas corpus. Courts have **rejected** attempts to classify immigration as an "invasion" under constitutional law. Any unilateral suspension by the President would likely be **challenged and overturned**.

**Carlos Landeros' legal battle has exposed deep systemic failures within the U.S. immigration system. His case demonstrates the harsh reality faced by asylum seekers, who are subjected to fraudulent administrative due process, prolonged detention, and exploitation for private profit.**

One of the most **alarming injustices** Landeros has endured is the use of **private detention centers**—facilities not controlled by the government but by **corporations prioritizing revenue over human dignity**. Immigrants like Landeros are **held for months or years**, forced to work for **as little as one dollar or less per day**, while their legal appeals **drag on indefinitely**, often due to **manipulated records and blocked access to asylum applications**.

Immigrants who **seek asylum**—hoping for protection and safety—are instead **placed behind bars for months or years in private detention centers, not operated by the government**, but **run by private corporations under federal contracts**. These corporations **control every aspect** of the immigrants' **housing, care, and security**, profiting from **their detention and suffering**.

**Under fraudulent administrative procedures, immigrants are:**

**Denied proper legal hearings,** violating **Article III of the Convention Against Torture**.

**Subjected to a non-judicial process**, administered **not by an Article III Judge, but by administrative officers under the executive branch (5 U.S.C. Sec. 3105)**.

**Forced into private hearings**, misleadingly labeled as **"Reasonable Fear Interviews,"** designed to **challenge asylum claims and alter official records**.

**Blocked from accessing their own asylum applications (Form I-589), ensuring they cannot properly defend their cases.**

 Landeros' case reflects a broader conspiracy in which the **Executive, Judicial, and Legislative branches**, along with **private corporations, profit from the suffering** of immigrants—violating the **U.S. Constitution, Bill of Rights, and international treaty agreements** designed to protect asylum seekers. Courts have **repeatedly dismissed immigrants' rights**, allowing **multimillion-dollar contracts with GEO Group, CoreCivic, and BI Inc.** to shape immigration enforcement **for financial gain**.

- **Immigration Case No. A034-266-469;**
- **Appeal Cases: 19-72855;**
- **Civil Action Complaint: 5:24-cv-00688;**
- **Ninth Circuit Appeals: 24-5484; 24-5103; 24-4690;**
- **Habeas Corpus: 5: 24-cv-00842;**
- **Habeas Corpus: 5:25-cv-00250;**

- **Ninth Circuit Appeal: 25-1871;**
- **Habeas Corpus: 5:25-cv-00760;**
- **Ninth Circuit Appeal: 25-2541.**

Each of these cases serves as **irrefutable evidence** of **constitutional violations, exploitation, and the systematic denial of human rights in the U.S. immigration system, and Courts**.

## GEO Group Inc.: A Corporation Under Siege—Legal Battles on All Fronts

GEO Group Inc., one of the largest private prison operators in the United States, finds itself entangled in a web of **civil and criminal legal challenges** that threaten its operations and reputation. From **wage theft lawsuits** to allegations of **human rights violations**, the company faces mounting scrutiny over its practices in detention centers across the country.

What makes this situation even more alarming is the **government's complicity**—whether through **contractual protections**, **policy loopholes**, or **deliberate inaction**, federal agencies have enabled GEO Group to operate with **minimal accountability**. The convergence of **corporate misconduct and governmental indifference** raises serious concerns about **systemic corruption**, where profit-driven detention policies override fundamental human rights and legal protections.

As GEO Group battles **class-action lawsuits, state-level enforcement actions, and federal investigations**, the question remains: **How long can a corporation sustain itself when its foundation is built on exploitation, legal evasion, and**

**political shielding?** The unfolding legal drama surrounding GEO Group is not just about one company—it is a reflection of **deep-rooted flaws in the U.S. immigration and incarceration system, to wit:**

The **Northwest ICE Processing Center** in Tacoma, Washington, is **operated by GEO Group Inc.**, a private corporation that holds **multimillion-dollar contracts** with the U.S. government to manage immigration detention facilities.

GEO Group has been the subject of **multiple lawsuits** for **human rights violations**, including forcing detainees to **work for as little as $1 per day**, inadequate medical care, and **inhumane conditions**. The facility has one of the **highest death rates** among ICE detention centers, with reports of **negligence, physical abuse, and prolonged solitary confinement**—which the **United Nations classifies as torture when lasting more than 15 days**.

The **Northwest ICE Processing Center in Tacoma** has one of the **highest numbers of deaths** among immigration detention facilities in the U.S.. Reports indicate that **at least 70 detained immigrants have died in ICE custody nationwide since 2017**, with **two of those deaths occurring at the Tacoma facility**.

A study by the **American Civil Liberties Union (ACLU), American Oversight, and Physicians for Human Rights** found that **49 out of 52 deaths in ICE detention from 2017 to 2021 were preventable** due to **systemic failures in medical and mental health care**. The report highlights:

- **Medical staff often misdiagnosed or ignored key symptoms**.
- **Detainees were denied access to physicians and proper diagnostic tests**.

- **Suicide rates were alarmingly high**, with **one detainee from Russia dying by suicide in Tacoma in 2018 after ICE failed to provide mental health support.**

Activists have been monitoring the Tacoma facility **24/7** following the death of **Charles Leo Daniel**, a detainee who was reportedly **held in solitary confinement for nearly four years** before his death. The **United Nations considers solitary confinement beyond 15 consecutive days a form of torture**, making Daniel's prolonged isolation a **serious human rights violation**.

## Additional Abuses & Exploitation

- **Violation of labor rights** – GEO Group has faced **multiple lawsuits** under the **Trafficking Victims Protection Act (TVPA)** for **forcing detained immigrants to work for $1 per day**, effectively **creating a modern system of forced labor**.
- **Fraudulent detention practices** – The company has been **accused of colluding with ICE** to **justify indefinite detentions** for **profit**, exploiting vulnerable populations seeking asylum.
- **Digital surveillance expansion** – **GEO's subsidiary, BI Inc., has expanded its Intensive Supervision Appearance Program (ISAP)**, using GPS tracking, facial recognition, and personal data collection on **over 200,000 immigrants, treating them like prisoners outside of detention centers**.

## The Severity of GEO Group's Violations

- **GEO Group's actions go beyond civil infractions—they raise serious concerns about potential criminal liability.**
- **The allegations mirror historical forced labor systems, placing immigration detention at the center of a modern human rights crisis.**
- **The company profits directly from suffering, reinforcing a detention system designed for exploitation rather than justice.**

**These pending lawsuits confirm a widespread conspiracy between government agencies and private corporations, where immigrants are treated as commodities rather than individuals seeking protection.**

GEO Group Inc. is not only **facing multiple lawsuits** for **human rights violations and forced labor**, but has also been accused of **securities fraud and deceptive financial practices**—further proving **its exploitation of immigrants and investors for financial gain.**

### Fraud in the Stock Market (Securities Fraud)

- GEO Group has been **sued for misleading investors** about the **legal risks** of its private prison operations.
- **Case No. 9:20-cv-81063 (Hartel v. GEO Group)** alleged that GEO **failed to disclose material information** about government investigations and legal liabilities, **causing financial losses for shareholders.**
- The company has been accused of **artificially inflating its stock price** by **downplaying lawsuits and regulatory scrutiny—a violation of federal securities laws.**

## Court Rulings & Developments:

- The court **approved a settlement**, dismissing the case **with prejudice**.
- The settlement included **compensation for affected investors**, but GEO Group **did not admit wrongdoing**.
- The lawsuit highlighted **ongoing concerns** about GEO Group's **business practices and financial transparency**.

## Lawsuits Against GEO Group Inc.

**In 2017, a class of detainees and Washington State each sued GEO in federal court for violations of Washington's Minimum Wage Act ("MWA"). The district court consolidated the actions. A jury awarded $17,287,063.05 in back pay damages to the detainee class. After a bench trial, NWAUZOR V. THE GEO GROUP, INC. 7 the court awarded $5,950,340.00 in unjust enrichment to Washington State and enjoined GEO from employing detainees without paying Washington's minimum wage.**

## Case Summary: Nwauzor v. GEO Group

The case **Nwauzor v. GEO Group** centers on allegations that **GEO Group**, a private prison company, violated **Washington's Minimum Wage Act (MWA)** by employing detainees at the **Northwest Immigration and Customs Enforcement Processing Center (NWIPC)** in Tacoma, Washington, without paying them the state's minimum wage.

## Background and Legal Claims

- In **2017**, a **class of detainees** and the **State of Washington** filed lawsuits against GEO Group, arguing that detainees participating in GEO's **Voluntary Work Program (VWP)** should be paid **Washington's minimum wage** instead of the **$1 per day** they were receiving.

- The **district court consolidated** the lawsuits, leading to a **jury trial** for the detainee class and a **bench trial** for Washington State's claims.
- The **jury awarded $17,287,063.05** in back pay damages to the detainee class.
- The **court awarded $5,950,340.00** in unjust enrichment damages to Washington State and **issued an injunction** preventing **GEO from employing detainees without paying them minimum wage.**

## Appeal to the Ninth Circuit

- GEO Group **appealed the ruling** to the **United States Court of Appeals for the Ninth Circuit**, arguing that Washington's MWA **should not apply** to detainees in a federally contracted detention center.
- GEO claimed that the **Supremacy Clause** and **federal preemption** override state wage laws.
- The Ninth Circuit **affirmed the district court's ruling, rejecting GEO's arguments and upholding the decision that detainees must be paid Washington's minimum wage.**

## Current Status (2025)

- Despite the Ninth Circuit's ruling, **GEO Group continues to challenge the decision**, potentially delaying enforcement.
- The company may seek a **rehearing** or attempt to escalate the case to the **U.S. Supreme Court**.
- **Procedural motions and legal maneuvers could be stalling the payment of damages to detainees and Washington State.**

**Detained Individuals Forced to Pause Hunger Strike at Central Valley Immigration Detention Facilities, Following Weeks of Retaliation and Medical Negligence**

**Strikers Endured Violent Dorm Raids, Out-of-State Transfers for Engaging in Peaceful Protest Against Inhumane Conditions**

Case **No. 5:17-cv-02514**, **Novoa v. GEO Group**, was a **class-action lawsuit** filed in the **U.S. District Court for the Central District of California** against **GEO Group Inc.,**

## Key Allegations:

The lawsuit accused **GEO Group** of **violating the Trafficking Victims Protection Act (TVPA)** by **forcing detained immigrants to work for as little as $1 per day**.

Plaintiffs argued that GEO Group's **"Voluntary Work Program"** was **not truly voluntary**, as detainees were **coerced into working under threat of punishment**.

Lawsuit also claimed that GEO Group **violated California's Minimum Wage Law**, arguing that detainees should be paid **fair wages** for their labor.

## Court Rulings & Developments:

- The court **certified the case as a class action**, allowing **hundreds of detainees** to join the lawsuit.
- GEO Group **denied wrongdoing**, arguing that its work program was **legal under federal law**.

- The case **continued for several years**, with **settlement discussions and legal motions** shaping its progress.

This lawsuit was **one of several legal challenges** against GEO Group, highlighting **ongoing concerns about labor exploitation in immigration detention centers**.

Case **No. 1:14-cv-02887, Menocal v. GEO Group**, is a **class-action lawsuit** filed in the **U.S. District Court for the District of Colorado** against **GEO Group Inc.**, a private prison company that operates immigration detention centers.

## Key Allegations:

- The plaintiffs, led by **Alejandro Menocal**, accused **GEO Group** of **violating the Trafficking Victims Protection Act (TVPA)** by **forcing detained immigrants to work for as little as $1 per day**.
- The lawsuit also claimed **unjust enrichment**, arguing that GEO Group **profited from detainee labor** without fair compensation.
- GEO Group **attempted to claim sovereign immunity**, arguing that its contract with the government **shielded it from liability**.

## Court Rulings & Developments:

- The **district court rejected GEO Group's claim of immunity**, ruling that **private contractors cannot escape liability for forced labor**.
- The court **certified the case as a class action**, allowing **hundreds of detainees** to join the lawsuit.

- The case **continued for several years**, with **settlement discussions and legal motions** shaping its progress.

## Court Rulings & Developments:

- The **district court rejected GEO Group's claim of immunity**, ruling that **private contractors cannot escape liability for forced labor**.
- GEO Group **appealed the decision**, leading to the **current proceedings in the Tenth Circuit**.
- The plaintiffs **moved to dismiss the appeal**, arguing that the court **lacks jurisdiction** to hear GEO Group's immunity claim.
- The **case 22-1409** in the **Tenth Circuit Court of Appeals** involves **Menocal et al. v. GEO Group**, a **class-action lawsuit** filed by detainees against **GEO Group Inc.,**

**Key Allegations:**

- The plaintiffs, led by **Alejandro Menocal**, accused **GEO Group** of **violating the Trafficking Victims Protection Act (TVPA)** by **forcing detained immigrants to work for as little as $1 per day**.
- The lawsuit also claimed **unjust enrichment**, arguing that GEO Group **profited from detainee labor** without fair compensation.
- GEO Group **attempted to claim sovereign immunity**, arguing that its contract with the government **shielded it from liability**.

This case is **a major legal battle** over **forced labor in immigration detention centers**, with potential implications for **private prison accountability**.

The following case highlights **ongoing concerns about workplace discrimination** within **government contractors handling immigration programs**, in this case GEO Group Inc. and MI. Inc.

Case **No. 22-13891, Marie Jean Charles v. GEO Group Inc.**, was heard in the **11th Circuit Court of Appeals**. The lawsuit was filed by **Marie Jean Charles**, a **Black, Haitian woman**, who alleged **discrimination and retaliation** under **Title VII of the Civil Rights Act** following her termination as a **case specialist for a government contractor**.

## Key Allegations:

- Charles claimed that **GEO Group Inc. and BI Inc.** engaged in **national origin-based discrimination**, disproportionately **limiting her promotions and salary increases** compared to other employees.
- She alleged that after she **filed a complaint with the Equal Employment Opportunity Commission (EEOC)**, she was **wrongfully terminated** in retaliation.
- The lawsuit was initially dismissed by the **district court**, which ruled that her complaint was a **"shotgun pleading"**—a legal term for a poorly structured complaint that makes it difficult to determine specific claims.

## Court Rulings & Developments:

- The **11th Circuit Court of Appeals reviewed the case** and determined that the **district court abused its discretion** by dismissing the complaint on **shotgun pleading grounds**.

**The appellate court vacated the dismissal and remanded the case for further proceedings, allowing Charles to continue her legal challenge**

## A Warning: The Criminal Enterprise Behind U.S. Immigration Detention

While lawsuits against GEO Group and CoreCivic primarily focus on **minimum wage violations,** they **fail to expose the full extent of the crimes being committed**. The reality is far more serious—**forced labor, systemic kidnapping, and corporate-backed human trafficking**.

## A System Built on Slavery

The detainee labor system is not merely unfair wages—it is **modern-day slavery,** where individuals are **coerced, threatened, and deprived of basic rights**. Under the guise of detention, thousands are forced into labor that **sustains the very prison system confining them.**

## Legal Manipulation and Government Complicity

The legal system **is not protecting detainees—it is actively enabling corporate abuse.** Judges, clerks, officials, and attorneys **conspire to delay proceedings,** suppress evidence, and **block immigrant claims,** ensuring that lawsuits never hold GEO Group and CoreCivic fully accountable. **This is not inefficiency—it is calculated obstruction, designed to shield billion-dollar corporations from prosecution.**

## Expansion of Oppression: From Detention to Surveillance

Even after release, detainees **remain trapped** in a digital prison through **GPS shackles, facial recognition tracking, and surveillance programs** operated by GEO's subsidiary, BI Inc. More than **200,000 immigrants remain under government monitoring**, demonstrating that **detention does not end at the prison walls—it extends indefinitely through technology.**

## The Urgent Need for Criminal Accountability

These practices **must not be dismissed as civil infractions**—they constitute **crimes against humanity**. If justice prevails, GEO Group, CoreCivic, and their political allies **must be prosecuted** under **human trafficking, forced labor, and kidnapping laws**. The longer government officials continue to **shield** these corporations from consequences, the more evident their **complicity in a billion-dollar human exploitation scheme** becomes.

Meanwhile, immigrants—including **women and children**—continue to **suffer and die** from hunger, thirst, and neglect under this system. Families have been **shattered**, children have **starved in detention**, and detainees have been **worked to exhaustion under threat and abuse**. The government **not only allows it to happen—it enables it** through contracts, policies, **and legal roadblocks designed to shield GEO Group from consequences.**

If detainees and legal advocates **frame these injustices correctly—not as wage disputes, but as slavery and unlawful imprisonment—then the legal fight transforms**. With stronger claims under **human rights and criminal law**, the push for accountability could lead to **historic legal consequences** for both the corporations and those who protect them.

This must end before history records it as one of the most egregious human rights violations disguised as policy. The question is not if justice will be served, but how long this conspiracy will continue before those responsible are held accountable.

## "The Big Question"

### Landeros Case: Exposing the True Nature of GEO's Crimes

Among the many legal actions against GEO Group, **Landeros' case stands apart**—it is the **only legal effort accurately describing the full scope of GEO's criminal conduct**. While previous lawsuits have focused on **minimum wage violations, Landeros' case exposes the true nature of detainee exploitation**:

- The **forced labor system** at GEO detention centers is not simply **underpaid work**—it is **slavery**, where detainees are coerced into labor under **threat of punishment, prolonged detention, or deprivation of basic necessities**.
- The **extended imprisonment of detainees**, often without due process or justification, **is not simply administrative backlog**—it amounts to **kidnapping**, an intentional effort to **profit off human suffering** by prolonging confinement **for financial gain**.

### What Happens if Landeros' Case Joins the Larger Legal Battle?

If Landeros' case is successfully **merged with the existing wage theft lawsuits**, the legal strategy against GEO Group would shift **from a labor rights issue to a full-scale human rights and criminal indictment**. **This could lead to:**

1. **Federal investigations** into GEO Group's operations under **anti-slavery and human trafficking laws**.
2. **Criminal liability**, not just civil penalties, **for GEO executives and government officials complicit in the scheme.**
3. **Stronger legal precedents** preventing other private prison operators from engaging in similar abusive practices.
4. **An exposure of government complicity**, raising questions **about how federal agencies have enabled GEO's criminal enterprise through contracts and policy protections.**

**The legal battles surrounding GEO Group are no longer just about wages—they are about fundamental human rights, corporate accountability, and the exposure of government-backed exploitation. Landeros' case has the potential to be the turning point that redefines the narrative, shifting it from a labor dispute to one of the largest human rights lawsuits in U.S. history.**

**I am here. I have laid out the truth, the record is undeniable, and the opportunity for resolution is now. But make no mistake—if we do not reach a fair and just agreement, I will not stand alone.**

**If justice is denied, if corruption continues to bury truth under bureaucracy, my next move is clear: I will unite every voice, every lawsuit, every force that stands against this injustice. And together, we will bring the battle, relentlessly and without mercy.**

**This is the moment of decision—either we resolve this now, or we fight without end. No more delays, no more excuses, no more manipulation. The system will be forced to reckon with its crimes, one way or another**

# Conclusion

## The Turning Point: Resolution or Continued Battle

The **Landeros case stands alone** as the **only** legal effort exposing the full extent of **GEO Group's crimes**. While past lawsuits have focused on wage theft, Landeros' case **reveals the deeper reality**—this is not just about underpayment, it is **enslavement, systemic kidnapping, and a government-backed conspiracy** against immigrants.

Now, **Congress has had enough**. The growing **outrage in Washington** is undeniable—lawmakers want this system **shut down**, and the pressure for change **is stronger than ever**. The legal battlefield has never been more favorable for justice, and **this case has the power to bring it all crashing down**.

But here's the hard truth: **Landeros has fought long enough**. He is **exhausted**, his family has given everything—**time, money, strength**—and now they **stand on the edge of collapse**. The right thing, the **just** thing, is **to keep**

fighting—but the reality is, justice means **nothing if it comes too late for the people who need it most**.

Meanwhile, immigrants—including **women and children**—continue to **suffer and die** from hunger, thirst, and neglect under this system. Families have been **shattered**, children have **starved in detention**, and detainees have been **worked to exhaustion under threat and abuse**. The government **not only allows it to happen—it enables it** through contracts, policies, and legal roadblocks designed to shield GEO Group from consequences.

## Landeros' Case: A Testament to Systemic Injustice

Landeros' story reflects the **deep failures of the immigration and justice systems**:

- **Arrived in the U.S. at age three**, having lived his entire life in the country.
- **Has no family in Mexico**, meaning deportation would effectively leave him abandoned.
- **Limited Spanish proficiency**, making survival in Mexico near impossible.
- **Never engaged in criminal activity beyond drug use**, for which he **paid his debt to the state 25 years ago**.
- **Has lived conflict-free for over five years**, proving he is not a danger to society.
- **Landeros stands at a crossroads: justice through battle, or resolution through settlement.** The choice is GEO Group's—**compensate Landeros fairly**, grant him the ability to remain in the U.S., and **put an end to this injustice now**.

## Restoring Justice Through Settlement

- **The compensation from the government restores Landeros' permanent residence**, which he lost years ago after accepting a **plea deal without being warned** by his attorney and the government that doing so **would result in the forfeiture of his residency status**.
- **Additionally, GEO Group Inc., Burke, Williams & Sorensen, LLP— along with Attorney Susan E. Coleman—are expected to provide a**

**substantial financial settlement**, which will be presented through a separate negotiable instrument.

## A Settlement Is the Only Path Forward

Landeros has endured **years of suffering**, and his family has sacrificed everything to support him. **This is not justice—it is cruelty.** A fair settlement would:

- **Compensate Landeros for the harm inflicted upon him**.
- **Grant him the right to remain in the U.S.**, allowing him to rebuild his life.
- **Prevent further litigation**, which, if pursued, would expose GEO Group Inc. and government officials to **criminal charges for kidnapping, slavery, and human rights violations**.

## The Moment of Decision

The choice is clear: **either resolve this injustice now, or face the full force of legal action that will hold every responsible party accountable**. Landeros has waited long enough. His family has suffered enough. **Justice must be served now—not later, not under more delays. Now.**

If this case is ignored, if a fair resolution is not reached, there is only one alternative left—uniting every plaintiff, every lawsuit, every legal force willing to fight, and launching an unstoppable battle

**EXECUTED THIS 27 DAY OF MAY 2025**

**Carlos Antonio Landeros**

**Phone: 210 748 6554**        **E-mail:** wefortherights@gmail.com

# CERTIFICATE OF COMPLIANCE

I, Carlos Landeros, do state and affirm, under the penalty for perjury that I had supplied a copy of the Legal Instrument hereby attached, via first class U.S. Postal Services to the following:

GEO'S ATTORNEY SUSAN E. COLEMAN BURKE, WILLIAMS & SORENSEN, LLP 444 SOUTH FLOWER STREET, SUITE 2400 LOS ANGELES, CALIFORNIA 90071-2953

GEO GROUP INC. CEO J. DAVID DONAHUE  4955 TECHNOLOGY WAY, BOCA RATON, FL  33431

U. S. ATTORNEY GENERAL

U.S. DEPARTMENT OF JUSTICE

950 PENNSYLVANIA AV. N. W.

WASHINGTON D.C. 20530-0001


U.S. DEPARTMENT OF JUSTICE

OFFICE OF IMMIGRATION LITIGATION

PO BOX 878, BEN FRANKLIN STATION

WASHINGTON D.C. 20044


DEPARTMENT OF HOMELAND SECURITY

OFFICE OF THE CHIEF COUNSEL

10400 RANCHO ROAD

ADELANTO CA. 92301


EXECUTED THIS 23rd  DAY OF MAY  2025

CARLOS ANTONIO LANDEROZ LOPEZ